| United States Bankruptcy Court District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Thompson Publishing Holding Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-1825470** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **805 15th Street, NW 3rd Floor Washington, DC**     ZIP Code **20005** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business: **DC** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor (Form of Organization) (Check one box) | Nature of Business (Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ■ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ■ Other | ☐ Chapter 7 <br> ☐ Chapter 9 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity** (Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box) | Check one box: |
|---|---|
| ■ Full Filing Fee attached <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).* <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1- 49 | ☐ 50- 99 | ☐ 100- 199 | ☐ 200- 999 | ☐ 1,000- 5,000 | ☐ 5,001- 10,000 | ☐ 10,001- 25,000 | ☐ 25,001- 50,000 | ☐ 50,001- 100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thompson Publishing Holding Co., Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attached Schedule 1** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thompson Publishing Holding Co., Inc.** |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _~~signature~~_

Signature of Attorney for Debtor(s)

**Derek C. Abbott**
Printed Name of Attorney for Debtor(s)

**Morris, Nichols, Arsht & Tunnell LLP**
Firm Name

**1201 North Market Street**
**Wilmington, DE 19801**

_____
Address

**302-658-9200**
Telephone Number

9/21/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

**Kevin Ooley**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

_____
Date

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thompson Publishing Holding Co., Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
**Derek C. Abbott**
Signature of Attorney for Debtor(s)

**Derek C. Abbott**
Printed Name of Attorney for Debtor(s)

**Morris, Nichols, Arsht & Tunnell LLP**
Firm Name

**1201 North Market Street**
**Wilmington, DE 19801**

_____
Address

**302-658-9200**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Kevin Ooley_ (signature)
Signature of Authorized Individual

**Kevin Ooley**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

_9/21/10_
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## SCHEDULE 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, contemporaneously with the filing of this petition. The Debtors filed a motion requesting joint administration.

1. Thompson Publishing Holding Co., Inc.
2. TPG AES Holding Co, Inc.
3. Alex eSolutions, Inc.
4. AHC Media LLC
5. Thompson Publishing Group, Inc.
6. The Performance Institute, Inc.
7. Thompson Publishing Development, LLC

# OFFICER'S CERTIFICATE

## THOMPSON PUBLISHING HOLDING CO., INC.

### September 21, 2010

I, Kevin Ooley, hereby certify that I am the duly qualified and acting Secretary of Thompson Publishing Holding Co., Inc., a Delaware corporation ("Company"), and further certify that attached hereto as <u>Exhibit A</u> is a true and correct copy of the Resolutions of the Board of Directors of the Company adopted on September 21, 2010 (the "Resolutions"), pursuant to the by-laws of the Company as in effect on the date of adoption of the Resolutions, which Resolutions constitute the entire record of corporate action taken by the Company therewith through the date hereof. The attached resolutions have not been amended, modified, annulled, or revoked and are in full force and effect on the date hereof:

IN WITNESS WHEREOF, I have executed this Certificate as of the date first above written.

_____
Kevin Ooley
CFO, Treasurer and Secretary

# Exhibit A

## Resolutions

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF

# THOMPSON PUBLISHING HOLDING CO., INC.

---

The Board of Directors of Thompson Publishing Holding Co., Inc., a Delaware corporation (the "Company"), hereby adopts the following resolutions:

WHEREAS: The Board of Directors has considered the business and financial condition and results of operations of the Company and affiliates, on the date hereof, including the assets and liabilities of the Company;

WHEREAS: The Board of Directors reviewed the current status of the Company in light of recent events;

WHEREAS: The Board of Directors considered and reviewed that certain Asset Purchase Agreement (the "Stalking Horse Agreement"), by and among the Company, and PNC Bank, National Association (together with its permitted successors and assigns, the "Stalking Horse Bidder"), pursuant to which the Stalking Horse Bidder has agreed to purchase substantially all of the assets and assume certain of obligations of the Company and certain of its affiliates in connection with a bankruptcy proceeding under chapter 11 ("Chapter 11") of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), subject to Bankruptcy Court approval and the receipt of higher and better offers;

WHEREAS: The Board of Directors considered and reviewed that certain Debtor in Possession Loan Agreement (the "DIP Agreement"), by and among the Company and certain of its affiliates, and PNC Bank, National Association, as Administrative and Collateral Agent (the "Agent"), and each of the Lenders named therein, pursuant to which the Agent and Lenders have agreed to provide debtor in possession financing in an aggregate principal amount not to exceed $3,000,0000; and

WHEREAS: The Board of Directors reviewed, considered, and received the recommendations of the senior management and legal, financial and other advisors of the Company as to the relative risks and benefits of pursuing a bankruptcy proceeding under Chapter 11 of the Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code on or after the date hereof (the "Petition Date");

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized on behalf of the Company to execute, verify, and file all petitions, schedules, lists, and other

4731738

papers or documents, and to take and perform any and all further actions and steps that any such officer deems necessary, desirable, and proper in connection with the Company's Chapter 11 case, with a view towards the successful prosecution of such case;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and file the Stalking Horse Agreement and the DIP Agreement with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on or about Petition Date, with such changes and additions to the terms and provisions thereof as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive evidence of such determination and of the due authorization and approval of the Board of Directors;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing pursuant to the DIP Agreement and such other stipulations, orders, agreements, instruments and documents as are necessary to effectuate the terms thereof, according to terms which may be negotiated by the management of the Company, including through the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents;

RESOLVED, that the officers of the Company, on behalf of the Company, be, and hereby are, authorized to execute and file certain motions (the "First Day Motions") with the Bankruptcy Court on or about Petition Date; that the officers of the Company be, and each of them hereby is, authorized to execute and file in the name of and on behalf of the Company, the First Day Motions, with such changes and additions to the terms and provisions thereof as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive evidence of such determination and of the due authorization and approval of the Board of Directors;

RESOLVED, that the officers of the Company, on behalf of the Company, are authorized and empowered to retain (or continue to retain, as applicable) (a) the law firm of Choate, Hall & Stewart LLP ("Choate"), as bankruptcy counsel, (b) the law firm of Morris, Nichols, Arsht & Tunnell, LLP ("MNAT") as co-bankruptcy counsel, (c) Loughlin Meghji & Company ("LM") as restructuring advisors and financial consultants (including to retain James Loughlin of LM as the Company's Chief Restructuring Officer and certain additional employees of LM as professional personnel), and (d) SSG Capital Advisors, LLC ("SSG") as investment bankers to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the officers of the Company are hereby authorized and directed to execute appropriate retention agreements and cause to be filed an appropriate application for authority to retain the services of Choate, MNAT, LM and SSG (the "Retention Agreements"), and the officers of the Company are hereby authorized to modify the terms of the Retention Agreement as the officers or officer so acting may deem necessary or appropriate, the execution and filing thereof to be conclusive

evidence of such determination and of the due authorization and approval of the Board of Directors;

RESOLVED, that the officers of the Company be, and hereby are, authorized to employ any other professional necessary to assist the Company in prosecuting its Chapter 11 case or in carrying out the Company's duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case, and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable, and proper;

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 reorganization, including any and all actions to execute, deliver, certify, file, and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals, rulings of governmental or regulatory authorities, or certificates; and

RESOLVED, that any acts taken by the officers of the Company in the name of or on behalf of the Company consistent with the foregoing resolutions and the transactions contemplated thereby be, and they hereby are, approved, ratified and confirmed in all respects.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

IN RE:

THOMPSON PUBLISHING HOLDING
CO., INC., *et al.*,[1]

Debtor.

Chapter 11

Case No. 10-_____ (  )

**Joint Administration Requested**

## LIST OF CREDITORS HOLDING FORTY LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtors' creditors holding the forty largest unsecured claims.[2] The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the forty largest unsecured claims; or (3) claims held by any of the Debtors' employees. Any amounts listed herein are estimated, subject to verification and later dispute. Without limiting the forgoing, the Debtors reserve their rights to dispute or challenge any claim on this list for any reason. The information set forth on this schedule shall not constitute an admission of liability by, nor is binding on, the Debtors, and the failure to list a claim as contingent, disputed or subject to setoff shall not be a waiver of any of the Debtors' rights relating thereto.

---

[1]    The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Thompson Publishing Holding Co. Inc. (5470), AHC Media LLC (2136), Alex eSolutions, Inc. (5725), Thompson Publishing Group, Inc. (2093), The Performance Institute, Inc. (8059), TPG AES Holding Co., Inc. (1658) and Thompson Publishing Development, LLC (2093).

[2]    This list was aggregated by the Debtors for the period ending August 31, 2010.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
| Ginny's Copying Service Inc. P.O. Box 143924 Austin, TX 78714-3924 | Ginny's Copying Service Inc. P.O. Box 143924 Austin, TX 78714-3924 Fax: 512-453-2178 | Trade Debt | | $291,258.81 |
| Advance Business Teleservices P.O. Box 338 Talent, OR 97540-0338 | Advance Business Teleservices P.O. Box 338 Talent, OR 97540-0338 Fax: 541-535-7879 | Trade Debt | | $24,480.27 |
| Prolist, Inc. 17801 Georgia Avenue Olney, MD 20832 | Prolist, Inc. 17801 Georgia Avenue Olney, MD 20832 Fax: 301-924-2373 | Trade Debt | | $53,614.05 |
| Edith Roman Associates, Inc. P.O. Box 1556 Pearl River, NY 10965-8556 | Edith Roman Associates, Inc. P.O. Box 1556 Pearl River, NY 10965-8556 Fax: 845-620-9035 | Trade Debt | | $51,423.27 |
| Rune2e, LLC 925 North Point Parkway Alpharetta, GA 30005 | Rune2e, LLC 925 North Point Parkway Alpharetta, GA 30005 Fax: 678-636-4413 | Trade Debt | | $50,750.00 |
| Datasystem Solutions, Inc. 4350 Shawnee Mission Pkwy Shawnee Mission, KS 66205 | Datasystem Solutions, Inc. 4350 Shawnee Mission Pkwy Shawnee Mission, KS 66205 Fax: 913-362-6383 | Trade Debt | Disputed | $23,742.40 |
| Greene Associates, Inc. 28457 N. Ballard Drive Lake Forest, IL 60045 | Greene Associates, Inc. 28457 N. Ballard Drive Lake Forest, IL 60045 Fax: 647-948-0400 | Trade Debt | | $22,437.50 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nagarro Inc.<br>226 Airport Parkway<br>San Jose, CA 95110 | Nagarro Inc.<br>226 Airport Parkway<br>San Jose, CA 95110<br>Fax: 408-436-7508 | Trade Debt | | $18,416.00 |
| Good Printers, Inc.<br>213 Dry River Road<br>Bridgewater, VA 22812 | Good Printers, Inc.<br>213 Dry River Road<br>Bridgewater, VA 22812<br>Fax: 540-828-4862 | Trade Debt | | $18,130.69 |
| Tatum, LLC<br>P.O. Box 847872<br>Dallas, TX 75284 | Tatum, LLC<br>P.O. Box 847872<br>Dallas, TX 75284<br>Fax: 404-880-1301 | Trade Debt | | $16,531.36 |
| Design Packaging Group<br>103 N Garfield St<br>McGregor, TX 76657 | Design Packaging Group<br>103 N Garfield St<br>McGregor, TX 76657<br>Fax: 254-840-2522 | Trade Debt | | $15,780.82 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577<br>Fax: 404-828-7666 | Trade Debt | | $14,952.63 |
| Dell Marketing L.P.<br>P.O. Box 534118<br>Atlanta, GA 30353-4118 | Dell Marketing L.P.<br>P.O. Box 534118<br>Atlanta, GA 30353-4118<br>Fax: 800-967-4061 | Trade Debt | | $12,758.21 |
| Smartbrief, Inc.<br>1100 H St NW<br>Washington, DC 20005 | Smartbrief, Inc.<br>1100 H St NW<br>Washington, DC 20005<br>Fax: 202-737-7577 | Trade Debt | | $12,310.00 |
| Brustein & Manasevit<br>3105 South Street, NW<br>Washington, DC 20007 | Brustein & Manasevit<br>3105 South Street, NW<br>Washington, DC 20007<br>Fax: 202-965-8913 | Trade Debt | | $12,052.34 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Adam Travel Services<br>1424 K Street NW<br>Washington, DC 20005 | Adam Travel Services<br>1424 K Street NW<br>Washington, DC 20005<br>Fax: 703-894-0482 | Trade Debt | | $10,663.90 |
| Hunton & Williams LLP<br>P.O. Box 405759<br>Atlanta, GA 30384-5759 | Hunton & Williams LLP<br>P.O. Box 405759<br>Atlanta, GA 30384-5759<br>Fax: 202-778-2201 | Trade Debt | | $10,621.50 |
| TC Delivers<br>5610 West Sligh Avenue<br>Tampa, FL 33634-4468 | TC Delivers<br>5610 West Sligh Avenue<br>Tampa, FL 33634-4468<br>Fax: 813-882-3648 | Trade Debt | | $10,338.13 |
| Solutima LLC<br>406 Riverside Dr E<br>Bradenton, FL 34208 | Solutima LLC<br>406 Riverside Dr E<br>Bradenton, FL 34208<br>Fax: 703-894-0482 | Trade Debt | | $10,216.09 |
| Fierce Markets, Inc.<br>1319 F Street NW<br>Washington, DC 20004 | Fierce Markets, Inc.<br>1319 F Street NW<br>Washington, DC 20004<br>Fax: 202-330-5010 | Trade Debt | | $10,180.00 |
| Time Warner Telecom<br>P.O. Box 172567<br>Denver, CO 80217-2567 | Time Warner Telecom<br>P.O. Box 172567<br>Denver, CO 80217-2567<br>Fax: 501-340-3299 | Trade Debt | | $9,631.45 |
| Digital River, Inc.<br>Lockbox 88278<br>Chicago, IL 60695-0001 | Digital River, Inc.<br>Lockbox 88278<br>Chicago, IL 60695-0001<br>Fax: 952-253-8497 | Trade Debt | | $9,370.00 |
| Cut Sheets Printing, Graphics<br>5531 Stephen Reid Rd<br>Huntington, MD 20639 | Cut Sheets Printing, Graphics<br>5531 Stephen Reid Rd<br>Huntington, MD 20639<br>Fax: 301-576-2625 | Trade Debt | | $8,989.25 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Carroll Publishing 4701 Sangamore Road Bethesda, MD 20816 | Carroll Publishing 4701 Sangamore Road Bethesda, MD 20816 Fax: 301-263-9805 | Trade Debt | | $8,692.00 |
| Stephen R. Callahan 6434 Waterdale Court Bealeton, VA 22712 | Stephen R. Callahan 6434 Waterdale Court Bealeton, VA 22712 | Trade Debt | | $7,740.90 |
| Accuity P.O. Box 71690 Chicago, Il 60690 | Accuity P.O. Box 71690 Chicago, Il 60690 Fax: 847-933-8101 | Trade Debt | | $7,691.93 |
| Envelopes & Forms, Inc. 2505 Meadowbrook Pkwy Duluth, GA 30096 | Envelopes & Forms, Inc. 2505 Meadowbrook Pkwy Duluth, GA 30096 Fax: 770-623-5141 | Trade Debt | | $7,322.57 |
| Joe Gliksman 2915 Chelseawoods Drive Valrico, FL 33596 | Joe Gliksman 2915 Chelseawoods Drive Valrico, FL 33596 | Trade Debt | | $6,965.37 |
| Regulatory Compliance Assoc. P.O. Box 446 Geneva, IL 60134 | Regulatory Compliance Assoc. P.O. Box 446 Geneva, IL 60134 Fax: 646-403-3597 | Trade Debt | | $6,700.00 |
| Catharine Shaffer 303 Doty Avenue Ann Arbor, MI 48103-3503 | Catharine Shaffer 303 Doty Avenue Ann Arbor, MI 48103-3503 | Trade Debt | | $6,592.00 |
| 1038 Design LLC 2833 S Lyndale Avenue Minneapolis, MN 55408 | 1038 Design LLC 2833 S Lyndale Avenue Minneapolis, MN 55408 | Trade Debt | | $6,420.00 |

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| On the Right Track, Inc.<br>5616 Scobie Crescent<br>Manotick, ON K4M 1B7 | On the Right Track, Inc.<br>Attn: Rhonda Scharf<br>5616 Scobie Crescent<br>Manotick, ON K4M 1B7<br>Fax: 613-692-2412 | Trade Debt | | $6,306.41 |
| Elite Envelope<br>5944 Foxcroft Drive<br>Harrisonburg, VA 22801 | Elite Envelope<br>5944 Foxcroft Drive<br>Harrisonburg, VA 22801<br>Fax: 781-843-7772 | Trade Debt | | $6,045.28 |
| Courtyard Marriott<br>1533 Clarendon Blvd<br>Arlington, VA 22209 | Courtyard Marriott<br>1533 Clarendon Blvd<br>Arlington, VA 22209<br>Fax: 703-528-1027 | Trade Debt | | $5,997.76 |
| Jackson Lewis LLP<br>59 Maiden Lane<br>New York, NY 10038-4502 | Jackson Lewis LLP<br>59 Maiden Lane<br>New York, NY 10038-4502<br>Fax: 914-514-6072 | Trade Debt | | $5,936.24 |
| APC Postal Logistics, LLC<br>P.O. Box 388<br>Carlstadt, NJ 07072 | APC Postal Logistics, LLC<br>P.O. Box 388<br>Carlstadt, NJ 07072<br>Fax: 201-372-9735 | Trade Debt | | $5,685.92 |
| J. Stephan Stapczynski Jr.<br>1950 East Claremont Street<br>Phoenix, AZ 85016-1602 | J. Stephan Stapczynski Jr.<br>1950 East Claremont Street<br>Phoenix, AZ 85016-1602 | Trade Debt | | $5, 600.00 |
| Annette Dubrouillet<br>60 Woods End Road<br>Morris Plains, NJ 07950 | Annette Dubrouillet<br>60 Woods End Road<br>Morris Plains, NJ 07950 | Trade Debt | | $5,546.06 |
| Sue Dill Calloway<br>5447 Fawnbrook Lane<br>Dublin, OH 43017 | Sue Dill Calloway<br>5447 Fawnbrook Lane<br>Dublin, OH 43017 | Trade Debt | | $4,500.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Sir Speedy<br>1600 Wilson Blvd.<br>Arlington, VA 22209 | Sir Speedy<br>1600 Wilson Blvd.<br>Arlington, VA 22209<br>Fax: 703-243-3954 | Trade Debt | | $4,366.15 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| THOMPSON PUBLISHING HOLDING CO., INC., *et al.*,[1] | Case No. 10-_____ ( ) |
| Debtor. | Joint Administration Requested |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING FORTY LARGEST UNSECURED CLAIMS

The debtors and debtors-in-possession (the "Debtors") in the above-captioned cases, hereby certify under penalty of perjury that the consolidated *List of Creditors Holding Forty Largest Unsecured Claims,* submitted herewith, is complete and to the best of the Debtors' knowledge, correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the consolidated *List of Creditors Holding Forty Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st date of September, 2010.

By: Kevin Ooley
Title: Chief Financial Officer

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Thompson Publishing Holding Co. Inc. (5470), AHC Media LLC (2136), Alex eSolutions, Inc. (5725), Thompson Publishing Group, Inc. (2093), The Performance Institute, Inc. (8059), TPG AES Holding Co., Inc. (1658) and Thompson Publishing Development, LLC (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

4730277v1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:

THOMPSON PUBLISHING HOLDING
CO., INC., *et al.*,[1]

      Debtor.

Chapter 11

Case No. 10-_____ (  )

**Joint Administration Requested**

## LIST OF CREDITORS

   The debtor in this Chapter 11 case and certain affiliated entities (collectively, the "Debtor") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Contemporaneously with the filing of their petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditors List"), in lien of separate lists. Due to its voluminous nature, the Consolidated Creditors List is being submitted to the Court electronically under separate notice.

Date: September 2 2010

        _____
        Derek C. Abbott
        Morris, Nichols, Arsht & Tunnell LLP
        1201 North Market Street
        Wilmington, DE 19801
        Tel.  (302) 658-9200
        Fax: (302) 593-4729
        Email:  dabbott@mnat.com

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Thompson Publishing Holding Co. Inc. (5470), AHC Media LLC (2136), Alex eSolutions, Inc. (5725), Thompson Publishing Group, Inc. (2093), The Performance Institute, Inc. (8059), TPG AES Holding Co., Inc. (1658) and Thompson Publishing Development, LLC (2093).

# LIST OF CREDITORS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Kevin Ooley, Chief Financial Officer of Thompson Publishing Holding Co., Inc., *et al.*,[1] declare under penalty of perjury that I have read the List of Creditors and that it is true and correct to the best of my knowledge, information and belief.

Date: _September 21_, 2010

Signature: _Kevin Ooley_

Kevin Ooley

Chief Financial Officer of Thompson Publishing Holding Co., Inc.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Thompson Publishing Holding Co. Inc. (5470), AHC Media LLC (2136), Alex eSolutions, Inc. (5725), Thompson Publishing Group, Inc. (2093), The Performance Institute, Inc. (8059), TPG AES Holding Co., Inc. (1658) and Thompson Publishing Development, LLC (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

IN RE:

THOMPSON PUBLISHING HOLDING
CO., INC., *et al.*,

                                    Debtor.

Chapter 11

Case No. 10-_____ (   )

**Joint Administration Requested**

## LIST OF EQUITY SECURITY HOLDERS

    The debtor in this chapter 11 case and certain affiliated entities each filed a petition in this court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Following is the list of Thompson Publishing Holding Co.'s, equity security holders which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.

| Debtor | Address | Security Class | Number of Securities |
|---|---|---|---|
| Avista Capital Partners (offshore), LP | c/o Avista Capital Holdings, LP<br>65 East 55th Street<br>18th Floor<br>New York, NY 10022 | Common Stock | 1,756,712 |
| Avista Capital Partners (offshore), LP | c/o Avista Capital Holdings, LP<br>65 East 55th Street<br>18th Floor<br>New York, NY 10022 | Series A Preferred Stock | 463,229 |
| James A Finkelstein | InvestorPlace Holdings, LLC<br>65 East 55th Street, 18th Floor<br>New York, NY 10022 | Common Stock | 11,000 |
| Randall J Koubek | TPG AES Holdings, LLC<br>5201 West Kennedy Boulevard<br>Tampa, FL 33609 | Common Stock | 1,000 |
| North American Strategic Partners | Attention:  John J. Guinee<br>One Beacon Street, 34th Floor<br>Boston, MA 02108-3106 | Common Stock | 180,059 |

4730432v1

| Debtor | Address | Security Class | Number of Securities |
|---|---|---|---|
| Avista Capital Partners, LP | c/o Avista Capital Holdings, LP 65 East 55th Street 18th Floor New York, NY 10022 | Series A Preferred Stock | 20,348,820 |
| Avista Capital Partners (offshore), LP | c/o Avista Capital Holdings, LP 65 East 55th Street 18th Floor New York, NY 10022 | Series A Preferred Stock | 1,251,180 |
| James A Finkelstein | InvestorPlace Holdings, LLC 65 East 55th Street, 18th Floor New York, NY 10022 | Series A Preferred Stock | 99,000 |

[The remainder of this page is intentionally blank.]

4730432v1

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Kevin Ooley, Chief Financial Officer of Thompson Publishing Holding Co., Inc., declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Date:  9/21/10

Name:  Kevin Ooley
Title:  Chief Financial Officer of
Thompson Publishing Holding Co., Inc.

4730432v1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:

THOMPSON PUBLISHING HOLDING
CO., INC., *et al.*,

Debtor.

Chapter 11

Case No. 10-_____ ( )

**Joint Administration Requested**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

In accordance with Federal Rule of Bankruptcy Procedure 7007.1 the undersigned certifies that the following entities are corporations that directly or indirectly own 10% or more of any class of Thompson Publishing Holding Co., Inc.'s equity interests:

| Debtor | Address | Security Class | Number of Securities |
|---|---|---|---|
| Avista Capital Partners (offshore), LP | c/o Avista Capital Holdings, LP<br>65 East 55th Street<br>18th Floor<br>New York, NY 10022 | Common Stock | 1,756,712 |
| Avista Capital Partners (offshore), LP | c/o Avista Capital Holdings, LP<br>65 East 55th Street<br>18th Floor<br>New York, NY 10022 | Series A Preferred Stock | 463,229 |
| North American Strategic Partners | Attention: John J. Guinee<br>One Beacon Street, 34th Floor<br>Boston, MA 02108-3106 | Common Stock | 180,059 |

| Holder | Address | Security Class | Number of Securities |
|---|---|---|---|
| Avista Capital Partners, LP | c/o Avista Capital Holdings, LP<br>65 East 55th Street<br>18th Floor<br>New York, NY 10022 | Series A Preferred Stock | 20,348,820 |
| Avista Capital Partners (offshore), LP | c/o Avista Capital Holdings, LP<br>65 East 55th Street<br>18th Floor<br>New York, NY 10022 | Series A Preferred Stock | 1,251,180 |

Date: 9/21/10

Name: Kevin Ooley
Title: Chief Financial Officer of
Thompson Publishing Holding Co., Inc.

4730432v1