# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>THOMPSON PUBLISHING HOLDING CO., INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 10-13070 (PJW) |
| IN RE:<br><br>THOMPSON PUBLISHING GROUP, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 10-13071 (PJW) |
| IN RE:<br>TPG AES HOLDING CO., INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 10-13072 (PJW) |
| IN RE:<br><br>AHC MEDIA LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 10-13073 (PJW) |
| IN RE:<br>ALEX ESOLUTIONS, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 10-13074 (PJW) |

| | |
|---|---|
| IN RE:<br><br>THE PERFORMANCE INSTITUTE, INC.,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 10-13075 (PJW) |
| IN RE:<br>THOMPSON PUBLISHING<br>DEVELOPMENT, LLC<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 10-13076 (PJW) |

*Re: # 4*

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 1015-1

Upon the Motion[1] of the Debtors[2], for the entry of an order directing the joint administration of these cases for procedural purposes only, pursuant to section 105(a) of the Bankruptcy Code, Rule 1015(b) of the Bankruptcy Rules, and Rule 1015-1 of the Local Rules; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors;

---

[1] Capitalized terms no otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Thompson Publishing Holding Co. Inc. (5470), AHC Media LLC (2136), Alex eSolutions, Inc. (5725), Thompson Publishing Group, Inc. (9013), The Performance Institute, Inc. (8059), TPG AES Holding Co., Inc. (1658) and Thompson Publishing Development, LLC (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

and the Court having reviewed the Motion and the Loughlin Declaration, and having heard the statements in support of the relief requested in the Motion at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and the Loughlin Declaration, and at the Hearing, establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the lead chapter 11 case of Thompson Publishing Group, Inc.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| THOMPSON PUBLISHING HOLDING CO., INC., *et al.*,[1] | Case No. 10-13070 (PJW) (Jointly Administered) |
| Debtors. | |

\* \* \*

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Thompson Publishing Holding Co. Inc. (5470), AHC Media LLC (2136), Alex eSolutions, Inc. (5725), Thompson Publishing Group, Inc. (9013), The Performance Institute, Inc. (8059), TPG AES Holding Co., Inc. (1658), and Thompson Publishing Development, LLC (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Thompson Publishing Holding Co., Inc., Thompson Publishing Group, Inc., TPG AES Holding Co., Inc., AHC Media LLC, Alex eSolutions, Inc., The Performance Institute, Inc. and Thompson Publishing Development, LLC. The docket in Case No. 10-13070 (PJW) should be consulted for all matters affecting this case.

5. One consolidated docket, one file and one consolidated service list shall be maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

7. The Debtors are authorized to take all actions necessary to implement this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: September 23, 2010
Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

3787602