**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

IN THE MATTER OF: Chapter 11

Thompson Publishing Holding Co, Inc., et al,

    Debtors. Case Nos. 10-13070 (PJW)

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

    As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )  Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

( )  No unsecured creditor interest

( )  Non-operating debtor-in-possession - - No creditor interest.

( )  Application to convert to Chapter 7 or to dismiss pending.

( )  Converted or dismissed.

( )  Other:

                                               **ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE**

                                               /s/ Juliet Sarkessian, for
                                             WILLIAM HARRINGTON
                                             Assistant United States Trustee

DATED: October 15, 2010

Trial Attorney Assigned to Case: Juliet Sarkessian
cc: Attorneys for Debtors: Derek Abbott