## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>THOMPSON PUBLISHING HOLDING CO.,<br>INC., *et al.*,[1]<br>                    Debtors. | Chapter 11<br>Case No. 10-13070 (PJW)<br>Jointly Administered |

## NOTICE OF CANCELLED AUCTION

**PLEASE TAKE NOTICE:**

Petition Date and Sale Motion. On September 21, 2010 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed their motion (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for entry of two orders: (i) one, (a) approving the procedures (the "Bid Procedures") with respect to the proposed sale (the "Sale") of substantially all of the assets of the Debtors' retail business (the "Acquired Assets"), as more specifically described in the Asset Purchase Agreement (the "Agreement") with PNC Bank, National Association, as agent for and on behalf of the First Lien Lenders (together with its permitted successors and assigns, the "Purchaser") annexed to the Motion as **Exhibit A**, (b) scheduling a hearing (the "Sale Hearing") on the Sale and setting objection and bidding deadlines with respect to the Sale, (c) approving the form and manner of notice of an auction for the Acquired Assets (the "Auction"), (d) establishing procedures to determine cure amounts and deadlines for objections for certain contracts and leases to be assumed and assigned by the Debtors (the "Assumed and Assigned Agreements"), and (e) granting related relief (the "Proposed Bid Procedures Order"); and (ii) the other, (a) authorizing the Sale free and clear of liens, claims, encumbrances, and interests, pursuant to the Agreement, (b) authorizing and approving the Agreement, (c) authorizing the assumption and sale of the Assumed and Assigned Contracts, and (d) granting related relief (the "Proposed Sale Order").

Bid Procedures Order. On October 12, 2010, a hearing was held before the Bankruptcy Court after which the Bankruptcy Court entered the Order: (I) Approving Bidding Procedures in Connection with Sale of Substantially All of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief (D.I. 97) (the "Bid Procedures Order").

Bid Deadline and Cancellation of Auction. Pursuant to the terms of the Bid Procedures Order and the Bid Procedures approved therein, the deadline for parties to submit a Qualifying Bid (as defined in the Bid Procedures attached to the Bid Procedures Order) was November 12, 2010, at 4:30 p.m. (ET) (the "Bid Deadline"). As of the Bid Deadline, the Debtors received no Qualifying Bids other than that of Purchaser. **ACCORDINGLY, AS CONTEMPLATED BY AND PERMITTED UNDER THE BID PROCEDURES ORDER, THE PREVIOUSLY SCHEDULED AUCTION IS CANCELLED. THE SALE HEARING WILL GO FORWARD AS ORIGINALLY SCHEDULED AND NOTICED.**

Sale Hearing. The Sale Hearing to consider (i) entry of the Proposed Sale Order, and (ii) approval of the sale of the Purchased Assets to Purchaser free and clear of all liens, claims, encumbrances and interests is

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Thompson Publishing Holding Co. Inc. (5470), AHC Media LLC (2136), Alex eSolutions, Inc. (5725), Thompson Publishing Group, Inc. (9013), The Performance Institute, Inc. (8059), TPG AES Holding Co., Inc. (1658) and Thompson Publishing Development, LLC (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

scheduled to be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **November 19, 2010, at 9:30 a.m. (ET)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

Reference to and Copies of Documents. This Notice is subject to the fuller terms and conditions of the Motion, the Bid Procedures Order and the Bid Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion, the Bid Procedures Order and the Bid Procedures may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov (the "Electronic Court Docket"). Please note that prior registration with the PACER service center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Motion, the Bid Procedures Order and the Bid Procedures will be available for download from the website of the Debtors' noticing agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/TPI (the "Noticing Agent Website"). Requests for copies of these documents and further information regarding the foregoing may also be made to the undersigned counsel. FURTHER NOTICE OF DATE CHANGES MAY NOT BE PROVIDED EXCEPT THROUGH ANNOUNCEMENTS IN OPEN COURT AND/OR THE FILING OF NOTICES AND/OR AMENDED AGENDAS. PARTIES IN INTEREST ARE ENCOURAGED TO MONITOR THE ELECTRONIC COURT DOCKET AND/OR THE NOTICING AGENT WEBSITE FOR FURTHER UPDATES.

Dated: November 15, 2010  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (Bar No. 3376)  
dabbott@mnat.com  
Chad A. Fights (Bar No. 5006)  
cfights@mnat.com  
Alissa T. Gazze (Bar No. 5338)  
agazze@mnat.com  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
Telephone: (302) 351-9200  
Facsimile: (302) 351-3989

-and-

John F. Ventola  
jventola@choate.com  
Lisa E. Herrington  
lherrington@choate.com  
CHOATE, HALL & STEWART LLP  
Two International Place  
Boston, MA 02110  
Telephone: (617) 248-5000  
Facsimile: (617) 248-4000

*Counsel to Debtors and Debtors in Possession*

3901382

2