# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>TPH SELLER, INC. (f/k/a THOMPSON PUBLISHING HOLDING CO., INC.), *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13070 (PJW)<br><br>Jointly Administered |

## NOTICE OF ENTRY OF EFFECTIVE DATE OF THE
## DEBTORS' FIRST AMENDED PLAN OF LIQUIDATION

PLEASE TAKE NOTICE that the Effective Date of the Debtors' First Amended Plan of Liquidation, dated March 28, 2011 (D.I. 295) (as may be modified or amended in accordance with the provisions thereof, the "Plan") occurred on June 1, 2011. The Bankruptcy Court for the District of Delaware entered an Order confirming the Plan on May 11, 2011 (D.I. 340) (the "Confirmation Date"). A list of the Debtors appears below. The names of the Debtor entities and their respective case numbers are as follows:

| | |
|---|---|
| TPH Seller, Inc. (f/k/a Thompson Publishing Holding Co., Inc.) | 10-13070 |
| TPG Seller, Inc. (f/k/a Thompson Publishing Group, Inc.) | 10-13071 |
| TPG AES Holding Seller, Inc. (f/k/a TPG AES Holding Co., Inc.) | 10-13072 |
| AHC Seller LLC (f/k/a AHC Media LLC) | 10-13073 |
| AES Seller, Inc. (f/k/a Alex eSolutions, Inc.) | 10-13074 |
| PI Seller, Inc. (f/k/a The Performance Institute, Inc.) | 10-13075 |
| TPD Seller, LLC (f/k/a Thompson Publishing Development, LLC) | 10-13076 |

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): TPH Seller, Inc. (f/k/a Thompson Publishing Holding Co. Inc.) (5470), AHC Seller LLC (f/k/a AHC Media LLC) (2136), AES Seller, Inc. (f/k/a Alex eSolutions, Inc.) (5725), TPG Seller, Inc. (f/k/a Thompson Publishing Group, Inc.) (2093), PI Seller, Inc. (f/k/a The Performance Institute, Inc.) (8059), TPG AES Holding Seller, Inc. (f/k/a TPG AES Holding Co., Inc.) (1658), and TPD Seller, LLC (f/k/a Thompson Publishing Development, LLC) (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

PLEASE TAKE FURTHER NOTICE that the Interests in the Debtors have been cancelled effective as of the Effective Date.

Dated: June 1, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (Bar No. 3376)
dabbott@mnat.com
Chad A. Fights (Bar No. 5006)
cfights@mnat.com
Alissa T. Gazze (Bar No. 5338)
agazze@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

John F. Ventola
jventola@choate.com
Sean M. Monahan
smonahan@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

*Counsel to Debtors and Debtors in Possession*

4857293v5