**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| TPH SELLER, INC. (f/k/a THOMPSON PUBLISHING HOLDING CO., INC.), *et al.,*[1] | Case No. 10-13070 (PJW) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

CASSANDRA MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Coordinator, Case Management Services, by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 15, 2011, I caused to be served:

    a.  Liquidating Supervisor Cover Letter, a sample of which is attached as Exhibit "A" (the "Letter ")

    b.  Personalized Form W9, a sample of which is attached as Exhibit "B", (the "W9 Form")

    by causing true and correct copies to be delivered as follows:

    i.  Letter and W-9 Form, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit C annexed hereto.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): TPH Seller, Inc. (f/k/a Thompson Publishing Holding Co. Inc.) (5470), AHC Seller LLC (f/k/a AHC Media LLC) (2136), AES Seller, Inc. (f/k/a Alex eSolutions, Inc.) (5725), TPG Seller, Inc. (f/k/a Thompson Publishing Group, Inc.) (2093), PI Seller, Inc. (f/k/a The Performance Institute, Inc.) (8059), TPG AES Holding Seller, Inc. (f/k/a TPG AES Holding Co., Inc.) (1658), and TPD Seller, LLC (f/k/a Thompson Publishing Development, LLC) (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

C:\Documents and Settings\cmurray\Desktop\W9_Aff_6-16-11.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Cassandra Murray

Sworn to before me this

_17_ day of June, 2011

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# Exhibit "A"

June 15, 2011


**Re:**   *TPH SELLER, INC. (f/k/a THOMPSON PUBLISHING*
          *HOLDING CO., INC.), et al.,* [1]

To Whom it May Concern:


On May 11, 2011, an order (the "Confirmation Order") confirming the Debtors' First Amended Plan of Liquidation (D.I. 295) (as confirmed by the Confirmation Order and as may be amended in accordance with the provisions thereof, the "Plan"), signed by the Honorable Peter J. Walsh, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware was entered and duly docketed by the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the above-captioned cases. A list of the Debtors appears below.

Pursuant to the Plan, I was appointed to serve as the Liquidating Supervisor of the Debtors.

In my capacity as Liquidating Supervisor, I am responsible for, among other things, objecting to, settling and otherwise resolving claims filed against the Debtors' estates and distributing proceeds from the Allowed Claims Reserve (as defined in the Plan) to holders of Allowed Claims (as defined in the Plan).

All distributions are subject to the Liquidating Supervisor's obligation to comply with federal, state, local or foreign tax withholding and reporting requirements. **TO ENSURE COMPLIANCE WITH SUCH LAWS AND THE PLAN, I MUST RECEIVE A CREDITOR'S TAXPAYER IDENTIFICATION NUMBER ("TIN") PRIOR TO DISTRIBUTING FUNDS TO THAT CREDITOR. UNLESS AND UNTIL I RECEIVE A CREDITOR'S TIN, SUCH CREDITOR WILL BE INELIGIBLE TO RECEIVE ANY DISTRIBUTIONS FROM THE DEBTOR'S POST-CONFIRMATION ESTATE (AS DEFINED IN THE PLAN).**

To enable me to distribute funds to you (to the extent that you hold an Allowed Claim),[2] please provide me with your TIN by filling out the enclosed Form W-9 and returning it to me at

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): TPH Seller, Inc. (f/k/a Thompson Publishing Holding Co. Inc.) (5470), AHC Seller LLC (f/k/a AHC Media LLC) (2136), AES Seller, Inc. (f/k/a Alex eSolutions, Inc.) (5725), TPG Seller, Inc. (f/k/a Thompson Publishing Group, Inc.) (2093), PI Seller, Inc. (f/k/a The Performance Institute, Inc.) (8059), TPG AES Holding Seller, Inc. (f/k/a TPG AES Holding Co., Inc.) (1658), and TPD Seller, LLC (f/k/a Thompson Publishing Development, LLC) (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

[2] Your receipt of this letter should not be construed as entitling you to receive any distribution(s) from the Post-Confirmation Estate. Only creditors holding *allowed* claims that timely provide me with a valid TIN shall be entitled to receive such distribution(s).

the below address. **Please note that if you are an individual creditor, your TIN is your social security number. If you are business entity, your TIN in most cases is your employer identification number.** Please complete the attached Form W-9 and immediately return it to me at the below address.

      **PLEASE ALSO NOTE THAT PURSUANT TO THE PLAN AT SECTION 8.1(a), EACH HOLDER OF AN ALLOWED CLAIM THAT FAILS TO PROVIDE ME WITH AN EXECUTED FORM W-9 ON OR BEFORE <u>SEPTEMBER 14, 2011</u> SHALL BE DEEMED TO HAVE WAIVED ALL OF ITS INTEREST IN AND ANY RIGHT TO RECEIVE ANY DISTRIBUTION FROM THE POST-CONFIRMATION ESTATE. DISTRIBUTIONS THAT WOULD HAVE BEEN MADE TO SUCH CREDITORS SHALL BE DISTRIBUTED TO OTHER HOLDERS OF ALLOWED CLAIMS THAT PROVIDE ME WITH AN EXECUTED FORM W-9.**

      The Liquidating Supervisor hereby reserves all of his rights, remedies, defenses and claims in both law and equity with respect to all matters related to the Debtors' bankruptcy cases and the Trust. If you have any questions, please contact Cassandra Murray at 646-282-2500.

                        Very truly yours,


                        /s/ James J. Loughlin, Jr.
                        James J. Loughlin, Jr., Liquidating Supervisor


Enclosure


Epiq Bankruptcy Solutions, LLC
As Agent for TPH Seller, Inc.
Attn: Cassandra Murray
757 Third Avenue, 3rd Floor
New York, NY 10017

# Exhibit "B"

| Substitute Form **W-9** | **Request for Taxpayer Identification Number and Certification** | Return form to Epiq. Do not send to the IRS. |
|---|---|---|

TPI W-9 6/15/2011  Claim/Schedule No. 7

1038 DESIGN LLC
704 GOULDMAN LANE
GREAT FALLS, VA 22066

**Print or type**
**See Specific Instructions**

Name

Business name, if different from above

Check appropriate box: ☐ Individual/ Sole proprietor  ☐ Corporation  ☐ Partnership

☐ Limited liability company.  Enter the tax classification (D=disregard entity, C=corporation, P=Partnership) - - - - - -  ☐ Exempt payee

☐ Other (see instructions)

Address (number, street, and apt, or suite no.)

City, state and ZIP code

List account number(s) here (optional)

Requester's name and address (optional)

Epiq Bankruptcy Solutions, LLC
As Agent for TPH Seller, Inc.
Attn: Cassandra Murray
757 Third Avenue, 3rd Floor
New York, NY 10017

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box.  For individuals, this is your social security number (SSN). **However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions**.  For other entities, it is your employer identification number (EIN).  If you do not have a number, see **How to get a TIN** in the instructions.

**Note:** *If the account is in more than one name, see the chart in the instructions for guidelines on whose number to enter.*

**Social Security Number**

__ __ __ - __ __ - __ __ __ __

**or**

**Employer identification number**

__ __ - __ __ __ __ __ __ __

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification Instructions**.  You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions)

| **Sign Here** | **Signature of U.S. person** | **Date** |
|---|---|---|

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

**1.** Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

**2.** Certify that you are not subject to backup withholding, or

**3.** Claim exemption from backup withholding if you are a U.S. exempt payee.  If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,
- The U.S. grantor or other owner of a grantor trust and not the trust, and
- The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

**1.** The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

**2.** The treaty article addressing the income.

**3.** The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

**4.** The type and amount of income that qualifies for the exemption from tax.

**5.** Sufficient facts to justify the exemption from tax under the terms of the treaty article.

***Example.*** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a **nonresident alien or a foreign entity** not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will **not** be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

**1.** You do not furnish your TIN to the requester, or

**2.** You do not certify your TIN when required (see the Part II instructions on page 4 for details), or

**3.** The IRS tells the requester that you furnished an incorrect TIN, or

**4.** The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

**5.** You do not certify to the requester that you are not subject to backup withholding under **4** above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate **Instructions for the Requester of Form W-9.**

Also see *Special rules for partnerships.*

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name,

the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** Check the "Limited liability company" box only and enter the appropriate code for the tax classification ("D" for disregarded entity, "C" for corporation, "P" for partnership) in the space provided.

For a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line.

For an LLC classified as a partnership or a corporation, enter the LLC's name on the "Name" line and any business, trade, or DBA name on the "Business name" line.

**Other entities.** Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note:** *You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc. ).*

## Exempt Payee

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note:** *If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.*

The following payees are exempt from backup withholding:

**1.** An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2);
**2.** The United States or any of its agencies or instrumentalities;
**3.** A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities;
**4.** A foreign government or any of its political subdivisions, agencies, or instrumentalities; or
**5.** An international organization or any of its agencies or instrumentalities.

Other payees that **may be exempt** from backup withholding include:
**6.** A corporation;
**7.** A foreign central bank of issue;
**8.** A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States;
**9.** A futures commission merchant registered with the Commodity Futures Trading Commission;
**10.** A real estate investment trust;
**11.** An entity registered at all times during the tax year under the Investment Company Act of 1940;
**12.** A common trust fund operated by a bank under section 584(a);
**13.** A financial institution;
**14.** A middleman known in the investment community as a nominee or custodian; or
**15.** A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, **1** through **15.**

| If the payment is for… | THEN the payment is exempt for… |
|---|---|
| Interest or dividend payments | All exempt recipients except for **9** |
| Broker transactions | Exempt recipients **1** through **13**. Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients **1** through **5** |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt recipients **1** through **7** [2] |

1 See **Form 1099-MISC**, Miscellaneous Income, and its instructions.
2 However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are **not exempt** from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a Federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a **resident alien** and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see **How to get a TIN** below.

If you are a **sole proprietor** and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-owner **LLC** that is disregarded as an entity separate from its owner (see **Limited liability company (LLC)** on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** *See the chart on page 4 for further clarification of name and TIN combinations.*

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get **Form SS-5,** Application for a Social Security Card, from your local Social Security Administration office or get this form on-line at **www.ssa.gov/online/ss5.html**. You may also get this form by calling 1-800-772-1213. Use **Form W-7,** Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or **Form SS-4,** Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting *www.irs.gov* or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** *Writing "Applied For" means that you have already applied for a TIN **or** that you intend to apply for one soon.*

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

**Part II. Certification**

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see **Exempt from backup withholding** on page 2.

**Signature requirements.** Complete the certification as indicated in **1** through **5** below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item **2** in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item **2** of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number to Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gifts to Minor Act) | The minor [2] |
| 4.  a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
|    b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Disregarded entity not owned by an individual | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal Entity [4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12.  Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

1 List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.
2 Circle the minor's name and furnish the minor's SSN
3 You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.
4 List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.
**Note:** *If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.*

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

- To reduce your risk:
- Protect your SSN,
- Ensure your employer is protecting your SSN, and
- Be careful when choosing a tax preparer.

Call the IRS at 1-800-829-1040 if you think your identity has been used inappropriately for tax purposes.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS personal property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.consumer.gov/idtheft* or 1-877-IDTHEFT(438-4338).

Visit the IRS website at *w ww.irs.gov* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA, or Archer MSA or HSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.



| CREDITOR NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 1038 DESIGN LLC | 704 GOULDMAN LANE | | | GREAT FALLS | VA | 22066 |
| AA CLEANERS | 12201 VEIRS MILL RD | | | SILVER SPRING | MD | 20906 |
| ABBEY PRINTING AUSTIN STAMP | 1310 SOUTH LAMAR BLVD | | | AUSTIN | TX | 78704 |
| ABLECO FINANCE LLC | JAY ROGERS | 299 PARK AVENUE | | NEW YORK | NY | 10171 |
| ABS COMPLETE PRINTING SERVICES | 523 COMMERCE DR | | | UPPER MARLBORO | MD | 20774 |
| ADAM TRAVEL SERVICES | 1016 K ST NE #601 | | | WASHINGTON | DC | 20002-3726 |
| ADT SECURITY SERVICES, INC. | P.O. BOX 371956 | | | PITTSBURGH | PA | 15250-7956 |
| AMERICAN SECURITY PROGRAMS | 22900 SHAW ROAD, #101-4 | | | DULLES | VA | 20166 |
| AMERITEL CORPORATION | 207 PERRY PKWY | | | GAITHERSBURG | MD | 20877 |
| APC POSTAL LOGISTICS, LLC | P.O. BOX 388 | | | CARLSTADT | NJ | 07072 |
| ARAMARK | 5648 RANDOLPH BLVD | | | SAN ANTONIO | TX | 78233 |
| AT&T | P.O. BOX 277019 | | | ATLANTA | GA | 30384-7019 |
| BAKER, MARK | 2702 MAGELLAN DR | | | AUSTIN | TX | 78733-1222 |
| BALCONES SHRED | LOC, 1101 EAST 11TH ST | | | AUSTIN | TX | 78702 |
| BEACON COMMUNICATION SERVICES | 6 EASTMAN PL | | | MELROSE | MA | 02176 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | % AT&T SERVICES INC. | JAMES GRUDUS, ESQ | ROOM 3A218 | BEDMINSTER | NJ | 07921 |
| BEST VENDING & COFFEE COMPANY LLC | 15605 TACON LANE | | | PFLUGERVILLE | TX | 78660 |
| BOOEYMONGER BALLSTON | 1010 N. GLEBE RD | | | ARLINGTON | VA | 22201 |
| BOSTON MARKET CORPORATION | 14103 DENVER WEST PKWY | | | GOLDEN | CO | 80401 |
| BREAKTIME SERVICE, INC. | P.O. BOX 10 | | | PFLUGERVILLE | TX | 78691 |
| BROOKLYN BAGEL BAKERY | 2055 WILSON BLVD | | | ARLINGTON | VA | 22201 |
| CDW DIRECT, LLC | P.O. BOX 75723 | | | CHICAGO | IL | 60675-5723 |
| CHAMBERS, PAMELA D. | 4241 BROOKWOOD DR | | | AUSTELL | GA | 30106-1234 |
| CHROMA GRAPHICS, INC. | 15950 TRADE ZONE AVENUE | | | UPPER MARLBORO | MD | 20774 |
| CITIBANK SOUTH DAKOTA NA | DBA 4740 121ST STREET | | | URBANDALE | IA | 50323 |
| CITY OF AUSTIN | ATTN: LEGAL | RD. | | AUSTIN | TX | 78704 |
| COFFEE PLUS, INC. | 2324 R MONTGOMERY ST | | | SILVER SPRING | MD | 20910 |
| CONFERENCE AMERICA | P.O. BOX 241188 | | | MONTGOMERY | AL | 36124-1188 |
| CONNECTICUT DEPARTMENT OF REVENUE | SERVICES | BANKRUPTCY SECTION | STREET | HARTFORD | CT | 06106-5032 |
| COURTYARD MARRIOTT | 1533 CLARENDON BLVD | | | ARLINGTON | VA | 22209 |
| CRYSTAL SPRINGS WATER | 1600 COLISTER DR | | | LANCASTER | PA | 17604-3229 |
| CURRENT BUSINESS TECHNOLOGIES | P.O. BOX 560426 | | | DALLAS | TX | 75356-0426 |
| CUSTOM ENVELOPES | 2300 INVESTMENT DR | | | PFLUGERVILLE | TX | 78660 |
| CUT SHEETS | 5531 STEPHEN REID ROAD | | | HUNTINGTOWN | MD | 20639 |
| DATAMATX, INC | NORTHEAST | | | ATLANTA | GA | 30341-5345 |
| DELL MARKETING, L.P. | C/O SABRINA L. STREUSAND ESQ. | LLP | SPRINGS RD, STE. 811 | AUSTIN | TX | 78704 |
| DEMAIO, CARL | 18295 HIGH MESA CT | | | SAN DIEGO | CA | 92127 |
| DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE | P.O. BOX 21126 | | PHILADELPHIA | PA | 19114 |
| DESIGN PACKAGING GROUP | 103 NORTH GARFIELD | | | MCGREGOR | TX | 76657 |
| DICKINSON, JOY | 3525 PIEDMONT RD, BUILDING # 6 | SUITE 400 | | ATLANTA | GA | 30305 |
| DSM.NET,INC. | P.O. BOX 93160 | | | LAKELAND | FL | 33804 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL RANCHERO BAR & GRILL | 4617 WILSON BLVD | | | ARLINGTON | VA | 22203 |
| ENVELOPES & FORMS, INC. | 2505 MEADOWBROOK PKWY | | | DULUTH | GA | 30096 |
| EPMG | C/O EPMG | 2000 GREEN RD | SUITE 300 | ANN ARBOR | MI | 48105-1575 |
| FEDEX CUSTOMER INFORMATION SERVICES | EXPRESS/FEDEX GRND | RECOVERY/BANKRUPTCY | MODULE G, 3RD | MEMPHIS | TN | 38116 |
| FEDEX OFFICE | P.O. BOX 262382 | | | PLANO | TX | 75026 |
| FIERCE MARKETS | 1900 L STREET, NW | SUITE 400 | | WASHINGTON | DC | 20036 |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION | BANKRUPTCY SECTION | PO BOX 161108 | ATLANTA | GA | 30321 |
| GILLETTE, CLAYTON P. | OF LAW | SQUARE S | | NEW YORK | NY | 10012 |
| GLOBAL EMPLOYMENT SOLUTIONS | P.O. BOX 535201 | | | ATLANTA | GA | 30353-5201 |
| GOOD PRINTERS, INC | 213 DRY RIVER RD | | | BRIDGEWATER | VA | 22812 |
| GOTCHER | 3025 SOUTH QUAKER AVE | | | TULSA | OK | 74114-3025 |
| GREATER TEXAS WATER COMP INC | 602 WEST 13TH ST | | | AUSTIN | TX | 78701-1705 |
| HELLO DIRECT, INC. | 75 NORTHEASTERN BLVD | | | NASHUA | NH | 03062 |
| HOSTASAURUS INC. | 3250 PARKSIDE CENTER CIRCLE | | | TAMPA | FL | 33619 |
| IMPACT OFFICE PRODUCTS | 5640 J SUNNYSIDE AVE | | | BELTSVILLE | MD | 20705 |
| INTERNAL CONTROL SYSTEMS, INC. | 5555 NORTH LAMAR BLVD | | | AUSTIN | TX | 78664 |
| JASON'S DELI | P.O. BOX 54436 | | | NEW ORLEANS | LA | 70154-4436 |
| JEN RHOTON DESIGNS, LLC | JEN RHOTON | CIR | | RALEIGH | NC | 27614-8519 |
| JOE RAGAN'S ALLIANCE PACKAGING | P.O. BOX 125 | | | SPRINGFIELD | VA | 22150 |
| KELLEY, BETTY | 104 LIBERTY TORCH CT | | | BELLEVILLE | IL | 62220 |
| KELLY SERVICES INC. | 999 W. BIG BEAVER | | | TROY | MI | 48084 |
| LEXISNEXIS EXPRESS SCREENING | P.O. BOX 7247-6164 | | | PHILADELPHIA | PA | 19170-6164 |
| LUDWIG, DAVID | 400 BELLE POINT DRIVE | | | ST PETE BEACH | FL | 33706 |
| MEDICAL MARKETING SERVICE | P.O. BOX 87916 | | | CAROL STREAM | IL | 60188-7916 |
| MEIXNER, MADELINE | 665 NE HORIZON LANE | | | PORT ST LUCIE | FL | 34987 |
| MG OFFICE PRODUCTS, INC | 1644 LAND O' LAKES BLVD | | | LUTZ | FL | 33549 |
| MIDLAND INFORMATION RESOURCES | 5440 CORPORATE PARK DRIVE | | | DAVENPORT | IA | 52807 |
| MILLENIUM HILTON | 55 CHURCH STREET | | | NEW YORK | NY | 10007 |
| MONSTER, INC. | P.O. BOX 90364 | | | CHICAGO | IL | 60696-0364 |
| NEOPOST INC | P.O. BOX 45800 | | | SAN FRANCISCO | CA | 94145-0800 |
| NETCRAFTER SOLUTIONS | 5946 JOHN FRIES SR. | | | MACUNGIE | PA | 18062 |
| NEW YORK STATE DEPARTMENT OF TAXATION | AND FINANCE | BANKRUPTCY SECTION | P.O. BOX 5300 | ALBANY | NY | 12205-0300 |
| NEXTMARK, INC. | 2 BUCK RD | | | HANOVER | NH | 03755 |
| OFFICE DEPOT | P.O. BOX 88040 | | | CHICAGO | IL | 60680-1040 |
| PACK-MARK, INC. | 1375 EAST BITTERS RD | | | SAN ANTONIO | TX | 78216 |
| PAYMETRIC, INC | ATTN: NICK SOMMERIO, CFO | 11175 CICERO DR | SUITE 175 | ALPHARETTA | GA | 30022 |
| PAYMETRIC/PRIMSYS | ATTN: NICK SOMMERIO, CFO | 11175 CICERO DR | | ALPHARETTA | GA | 30022 |
| PHILPOTT, LAWRENCE | 5025 BAYWOOD DR | | | ROSWELL | GA | 30076 |
| PNC BANK, N.A., AS ADMINISTRATIVE | AGENT FOR FIRST LIEN LENDERS | 1600 MARKET STREET | F2-F070-1-4 | PHILADELPHIA | PA | 19103 |
| PROLIST DATA & MAIL | 8341 BEECHCRAFT AVE | | | GAITHERSBURG | MD | 20879-1509 |
| QUILL CORPORATION | P.O. BOX 94081 | | | PALATINE | IL | 60094-4081 |
| RED TOP CAB | P.O. BOX 100519 | | | ARLINGTON | VA | 22210-0748 |
| ROBINSON, MALCOLM | 1629 NORTH LAKESHORE DR | | | SARASOTA | FL | 34231 |

# TPH SELLER INC. (f/k/a Thompson Publishing Holding Company Co. , Inc.)

| | | | | | | |
|---|---|---|---|---|---|---|
| RUSSO, JONATHAN | 2901 BARTON SKWY  APT 1803 | | | AUSTIN | TX | 78746-7556 |
| SAFESITE, INC. | 9505 JOHNNY MORRIS RD | | | AUSTIN | TX | 78724 |
| SCHIEBER, PAUL H | 1731 ASHBOURNE RD | | | ELKINS PARK | PA | 19027 |
| SIR SPEEDY | 1600 WILSON BLVD | | | ARLINGTON | VA | 22209 |
| SOUTHWESTERN BELL TELEPHONE COMPANY | % AT&T SERVICES INC. | JAMES GRUDUS, ESQ. | ROOM 3A218 | BEDMINSTER | NJ | 07921 |
| STANSBERRY, JULIE | 1717A CROMWELL HILL | | | AUSTIN | TX | 78703 |
| STAPLES, INC. | ATTN: DANEEN KASTANEK | 1 ENVIRONMENTAL WAY | | BROOMFIELD | CO | 80021 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD | MS A340 | PO BOX 2952 | SACRAMENTO | CA | 95812-2952 |
| STATE OF NEW JERSEY | DIVISION OF TAXATION | COMPLIANCE ACTIVITY | PO BOX 245 | TRENTON | NJ | 08695 |
| STRATEGIC DIRECT | 7421 DOUGLAS BLVD STE N | | | DOUGLASVILLE | GA | 30135-1564 |
| SULLIVAN, WILLIAM MD | 342 NORTH LAGRANGE RD | # 365 | | FRANKFORT | IL | 60423 |
| SYSCO FOOD SERVICES | 3000 69TH ST, EAST | | | PALMETTO | FL | 34220-1911 |
| TAPE SOLUTIONS, INC. | 130 RALPH ABLANEDO DR | BLDG #3 | | AUSTIN | TX | 78748 |
| TATUM, A DIVISION OF SFN PROFFESSIONAL | SERVICES, LLC. | 2050 SPECTRUM BLVD. | | FORT LAUDERDALE | FL | 33309 |
| TC DELIVERS | 5610 WEST SLIGH AVE | | | TAMPA | FL | 33634-4468 |
| TEXAS DISPOSAL SYSTEMS, INC. | P.O. BOX 968 | | | AUSTIN | TX | 78767-0968 |
| TEXAS MAILHOUSE, INC. | P.O. BOX 141248 | | | AUSTIN | TX | 78714-1248 |
| THARCO CONTAINERS TEXAS | 150 PRECISION DR | | | BUDA | TX | 78610 |
| TRAVIS COUNTY | C/O KARON Y. WRIGHT | P.O. BOX 1748 | | AUSTIN | TX | 78767 |
| TROPICAL MUSIC SERVICE, INC. | 219 SOUTH PACKWOOD AVE | | | TAMPA | FL | 33606-1887 |
| TW TELECOM INC | 10475 PARK MEADOWS DRIVE | | | LITTLETON | CO | 80124 |
| U.S. MONITOR SERVICE | 86 MAPLE AVE | | | NEW CITY | NY | 10956-5092 |
| U.S. POSTAL SERVICE | 2700 CAMPUS DR | | | SAN MATEO | CA | 94497-9433 |
| UNITED PARCEL SERVICE | SERVICES (RMS) | P.O. BOX 4396 | | TIMONIUM | MD | 21094 |
| UNITED PARCEL SERVICE | SERVICES (RMS) | P.O. BOX 4396 | | TIMONIUM | MD | 21094 |
| WEST GROUP PAYMENT CENTER | P.O. BOX 6292 | | | CAROL STREAM | IL | 60197-6292 |
| WILCOR GRAPHICS | 6364 WARREN DR | | | NORCROSS | GA | 30093 |
| XERT COMMUNICATIONS CORP | ACCOUNTS RECEIVABLE | 210 S. UNION ST | | ALEXANDRIA | VA | 22314 |
| XPRESS MESSAGING SOLUTIONS INC | PO BOX 328 | | | SHOREHAM | NY | 11786 |
| YANG, JENNIFER LEE | 6500 CHAMPION GRANDVIEW WAY | | | AUSTIN | TX | 78750 |
| ZEE MEDICAL INC. | P.O. BOX 3975 | | | CHESTERFIELD | MO | 63006 |