UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>TPH SELLER, INC. (f/k/a THOMPSON PUBLISHING HOLDING CO., INC.), *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13070 (PJW)<br><br>Jointly Administered |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 356**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Motion For An Order Authorizing Claims Agent To Reflect Certain Claims Have Been Fully Or Partially Satisfied** (the "Motion") (D.I. 356), filed on June 2, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed and served no later than June 16, 2011 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): TPH Seller, Inc. (f/k/a Thompson Publishing Holding Co. Inc.) (5470), AHC Seller LLC (f/k/a AHC Media LLC) (2136), AES Seller, Inc. (f/k/a Alex eSolutions, Inc.) (5725), TPG Seller, Inc. (f/k/a Thompson Publishing Group, Inc.) (2093), PI Seller, Inc. (f/k/a The Performance Institute, Inc.) (8059), TPG AES Holding Seller, Inc. (f/k/a TPG AES Holding Co., Inc.) (1658), and TPD Seller, LLC (f/k/a Thompson Publishing Development, LLC) (2093), c/o P.O. Box 26185, Tampa, FL 33623-6185.

4340431.1

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: June 23, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/Chad A. Fights*<br>Derek C. Abbott (Bar No. 3376)<br>dabbott@mnat.com<br>Chad A. Fights (Bar No. 5006)<br>cfights@mnat.com<br>Alissa T. Gazze (Bar. No. 5338)<br>agazze@mnat.com<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>-and-<br><br>John F. Ventola (admitted *pro hac vice*)<br>jventola@choate.com<br>Lisa E. Herrington (admitted *pro hac vice*)<br>lherrington@choate.com<br>Sean Monahan (admitted *pro hac vice*)<br>smonahan@choate.com<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>Facsimile: (617) 248-4000<br><br>*Counsel to the Liquidating Supervisor* |